# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**RYAN LARUSSA and**
**CHANTELLE LARUSSA**

vs.                                             NO. 4:05CV00808 GTE

**TERRY L. HUDSON and COOPER**
**BUSSMAN, INC.**

## ORDER OF DISMISSAL

The parties have informed the Court that all matters in this case have been fully compromised and settled by the Plaintiff and the Defendant.

IT IS THEREFORE, BY THE COURT, CONSIDERED, ORDERED AND ADJUDGED that this case be, and it is hereby, dismissed with prejudice.

SO ORDERED this 16th day of May, 2006.

                                                  __/s/Garnett Thomas Eisele_____
                                                  UNITED STATES DISTRICT JUDGE